# In the United States Court of Federal Claims

No. 00-703 C
(Filed: April 29, 2004)

************************************
*
**POWER AUTHORITY OF** *
**THE STATE OF NEW YORK,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

**ORDER**

On November 27, 2001, Defendant filed a motion to dismiss Court III ("Taking Without Just Compensation") of Plaintiff's Complaint.[1] After a stay of proceedings to allow for coordinated discovery among a group of Spent Nuclear Fuel (SNF) cases, briefing was resumed on this motion and completed upon Plaintiff's Response filed on February 20, 2003, and Defendant's Reply filed on February 27, 2003. By Order on April 16, 2003, directed to the 21 then-pending SNF cases, however, the Court stayed proceedings in this case while action proceeded on various dispositive motions in selected "lead" cases. By Order on January 30, 2004, the Court lifted the stays imposed by the Order of April 16, 2003.

Nevertheless, because the Court has determined that other counts and motions in this case are of higher priority and because this Court prefers to continue to defer to the "lead" case process on this takings issue, the Court hereby **ORDERS** that action on Defendant's Motion to Dismiss Count III be stayed until further notice.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge

---

[1] On February 19, 2004, by leave of the Court, Plaintiff filed an unopposed Amended Complaint. Count III of Plaintiff's Amended Complaint is largely, but not exactly, the same. At such time as the stay imposed hereby on this motion is lifted, the Court will ask the parties to submit a status report with their suggestions as to how best to proceed on this motion.