# In the United States Court of Federal Claims

No. 00-703 C
(Filed: April 29, 2004)

*************************************

**POWER AUTHORITY OF THE STATE OF NEW YORK,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*************************************

**ORDER**

On November 28, 2001, Defendant filed a Motion for Partial Summary Judgment Regarding Plaintiff's Greater Than Class C ["GTCC"] Radioactive Waste Arguments." After a stay of proceedings to allow for coordinated discovery among a group of Spent Nuclear Fuel (SNF) cases, briefing was resumed on this motion and completed upon Plaintiff's Response filed on February 20, 2003, and Defendant's Reply filed on March 10, 2003. By Order on April 16, 2003, directed to the 21 then-pending SNF cases, however, the Court stayed proceedings in this case while action proceeded on various dispositive motions in selected "lead" cases. By Order on January 30, 2004, the Court lifted the stays imposed by the Order of April 16, 2003.

Nevertheless, because the Court has determined that other counts and motions in this case are of higher priority and because this Court prefers to continue to defer to the "lead" case process on this GTCC issue, the Court hereby **ORDERS** that action on this Motion for Partial Summary Judgment be stayed until further notice.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge