# In the United States Court of Federal Claims

No. 00-703 C
(Filed: April 29, 2004)

*************************************

**POWER AUTHORITY OF THE STATE OF NEW YORK,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

*************************************

## ORDER

On December 28, 2001, Defendant filed a Motion for Partial Summary Judgment Regarding the Rate of Spent Nuclear Fuel Acceptance. After a stay of proceedings to allow for coordinated discovery among a group of Spent Nuclear Fuel (SNF) cases, briefing was resumed on this motion by the filing of Plaintiff's response and cross-motion on February 27, 2003. On April 11, 2003, Defendant filed a motion to strike portions of Plaintiff's response and cross-motion. Defendant then filed its response to the cross-motion on April 15, 2003. By Order on April 16, 2003, directed to the 21 then-pending SNF cases, however, the Court stayed proceedings in this case while action proceeded on various dispositive motions in selected "lead" cases. Accordingly, at the time of the April 16 stay, both Plaintiff's reply to Defendant's response to the cross-motion, as well as Plaintiff's response to Defendant's motion to strike (and then Defendant's reply thereto), were still pending. By Order on January 30, 2004, the Court lifted the stays imposed by the Order of April 16, 2003.

The Court hereby **ORDERS** that Plaintiff file its reply to Defendant's response to Plaintiff's cross-motion on rate of acceptance as well as its response to Defendant's motion to strike on or before May 20, 2004. Defendant's reply to Plaintiff's response to its motion to strike shall be filed on or before June 3, 2004.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge