# In the United States Court of Federal Claims

No. 00-703 C
(Filed: April 29, 2004)

************************************
*
**POWER AUTHORITY OF THE STATE OF NEW YORK,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

************************************

**ORDER**

On November 8, 2002, Plaintiff filed a Motion for Summary Judgment on Liability. On January 3, 2003, Defendant filed its response to Plaintiff's motion and a cross-motion for summary judgment on liability. On January 10, 2003, Plaintiff filed its reply to Defendant's response and, on February 20, 2003, its response to Defendant's cross-motion. Defendant then filed its reply to the response to the cross-motion on April 16, 2003. The Court, however, by Order on April 16, 2003, directed to the 21 then-pending SNF cases, stayed proceedings in this case while action proceeded on various dispositive motions in selected "lead" cases. By Order on January 30, 2004, the Court lifted the stays imposed by the Order of April 16, 2003.

The Court hereby **ORDERS** that action on Plaintiff's motion, and Defendant's cross-motion, for summary judgment on liability be stayed indefinitely pending the parties' completion of their filings on Defendant's motion for summary judgment on rate of acceptance (and Plaintiff's cross-motion thereto) as well as on Defendant's related motion to strike. The schedule for the completion of those filings has been set by Order filed in tandem with this Order. The Court intends to call a status conference subsequent to the completion of briefings on these summary judgment motions – liability and rate of acceptance – to discuss how best to proceed thereafter.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge