IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| POWER AUTHORITY OF THE STATE OF NEW YORK, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 00-703C (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE

Defendant, the United States, respectfully moves for leave to submit the attached supplement to its prior motion for partial summary judgment relating to the schedule for the acceptance of spent nuclear fuel ("SNF") and/or high-level radioactive waste ("HLW").

As the Court is aware, we filed our motion for partial summary judgment regarding the rate of spent nuclear fuel acceptance in this case on December 28, 2001. After a stay of proceedings to allow for coordinated discovery in a group of Spent Nuclear Fuel ("SNF") cases, briefing resumed for a short time in early 2003, until stayed again by the Court by Order dated April 16, 2003, to allow proceedings upon our dispositive motions in the "lead" SNF cases to proceed. The Court's order of April 29, 2004, directed that briefing in this case upon our motion for partial summary judgment regarding the rate of acceptance be resumed. However, since the Government filed its motion, this Court has issued two published decisions and two unpublished decisions resolving our motions in the cases in which they were issued. As set out in the attached supplement, we believe those motions were incorrectly decided. Accordingly, we respectfully request leave to supplement our motion in this case in light of the Court's decisions in the other four SNF cases.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

s/ R. Alan Miller
R. ALAN MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-6288
FAX: (202) 307-2503

OF COUNSEL:

KEVIN B. CRAWFORD
HEIDE L. HERRMANN
RUSSELL A. SHULTIS
VICTORIA STROHMEYER
MARIAN E. SULLIVAN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

JANE K. TAYLOR
Office of General Counsel
Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C. 20585

May 10, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May 2004, a copy of foregoing "DEFENDANT'S MOTION FOR LEAVE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ R. Alan Miller