# In the United States Court of Federal Claims

No. 00-703 C
(Filed: December 16, 2004)

| | |
|---|---|
| **POWER AUTHORITY OF THE STATE OF NEW YORK,** Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** Defendant. | * |

## ORDER

The Court hereby **ORDERS** that a status conference be held via telephone on February 1, 2005, at 10:00 a.m. to review the status of this case and to discuss a schedule for, and any other matters related to, trial on the issues of contract liability and rate of acceptance of the spent nuclear fuel at issue. In preparation for the status conference, the parties are directed to review the attached draft pre-trial order and to be prepared to discuss proposed dates for trial and the attendant pre-trial schedule.

Counsel shall call the Court's Chambers at 202/219-1433 (note: 202/357-6483 after January 24, 2005) no later than one business day before the status conference to provide the telephone number where counsel can be reached for the conference. At such time, counsel shall also advise of the names of anyone in addition to counsel of record who will participate in the status conference (and such person's phone number, if different from that of counsel's phone number).

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge