**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on January 26, 2005)

| | |
|---|---|
| **POWER AUTHORITY OF THE STATE OF NEW YORK,** Plaintiff, v. **THE UNITED STATES,** Defendant. | No. 00-703C (Chief Judge Damich) |

**JOINT STATUS REPORT**

Plaintiff and Defendant jointly submit this status report to request that this case be stayed and that the Court cancel the status conference scheduled for February 1, 2005. In light of the fact that counsel for the parties will be engaged in the appeal at the United States Court of Appeals for the Federal Circuit ("Federal Circuit") of the judgment in Indiana Michigan Power Co. v. United States, No. 98-486C (Fed. Cl.), Plaintiff has proposed and the Government has agreed that this case be suspended until the earlier of July 1, 2005 or the date the Federal Circuit issues a decision in Indiana Michigan. The parties propose to file a joint status report on July 15, 2005 or within 30 days of a decision in Indiana Michigan.

For the foregoing reasons, therefore, the parties respectfully request that the Court suspend this case until the earlier of July 1, 2005 or the date the Federal Circuit issues a decision in Indiana Michigan.

Dated: January 26, 2005

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Power Authority of the State of New York

OF COUNSEL:
Jay E. Silberg
Walter F. Zenner
Michael G. Lepre
Daniel S. Herzfeld
Jack Y. Chu
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ R. Alan Miller by s/ Daniel S. Herzfeld
R. ALAN MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
MARTHA S. CROSLAND
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

Document #: 1313960 v.1