# In the United States Court of Federal Claims

No. 00-703 C
(Filed: January 28, 2005)

| | |
|---|---|
| ************************************ | |
| | * |
| **POWER AUTHORITY OF** | * |
| **THE STATE OF NEW YORK,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

On January 26, 2005, the parties filed a Joint Status Report requesting, in light of the pending appeal of the judgment in *Indiana Michigan Power Co. v. United States*, No. 98-486C (Fed. Cl.), that this case be stayed and that the court cancel the status conference scheduled for February 1, 2005. The court hereby **ORDERS** that this case by stayed until the earlier of July 1, 2005, or the date the Federal Circuit issues a decision in *Indiana Michigan*. The status conference set for February 1, 2005, is canceled. Further, the parties shall file a joint status report on the earlier of July 15, 2005, or within 30 days of a decision in *Indiana Michigan*.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge