# In the United States Court of Federal Claims

No. 00-703 C
(Filed: January 8, 2007)

| | |
|---|---|
| **POWER AUTHORITY OF THE STATE OF NEW YORK,** | |
| Plaintiff, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

On January 3, 2007, the parties filed a Joint Motion to Continue [the] Stay in this case, pending the resolution of several other spent nuclear fuel cases that may control or inform the issues herein. The Court GRANTS the motion and hereby ORDERS the stay in this case to continue indefinitely.

The parties shall file a joint status report on or before **June 30, 2007**, recommending how they propose to proceed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge