# In the United States Court of Federal Claims

No. 00-703 C
(Filed: May 10, 2007)

************************************
*
**POWER AUTHORITY OF** *
**THE STATE OF NEW YORK,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

## ORDER

On April 17, 2007, Mr. William D. Peterson, acting *pro se,* submitted to the clerk's office a Motion to Intervene and "Complaint" (purportedly as an Intervenor-Defendant). Because Mr. Peterson's submissions did not comply with the rules of this court, the clerk's office did not file the submissions but instead forwarded them to chambers for action.

The court concludes that the submissions should be returned unfiled because they do not comply with this court's rules, are untimely, and do not satisfy the requirements for intervention as of right or permissive intervention under RCFC 24.

RCFC 24 requires that any Motion to Intervene must be timely. Mr. Peterson's submissions were made seven years after the plaintiff's original complaint was filed in this case, but Mr. Peterson has not identified any "unusual circumstances" that justify this delay.

Additionally, Mr. Peterson has not shown that he is entitled to intervention as a matter of right under RCFC 24(a), nor has he shown any reason for the court to exercise its discretion for permissive intervention under RCFC 24(b).

The Clerk of the Court is hereby directed to return, unfiled, to Mr. William D. Peterson the April 17, 2007, Motion to Intervene and accompanying materials.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge