**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on June 29, 2007)

**POWER AUTHORITY OF THE STATE OF NEW YORK,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

No. 00-703C
(Chief Judge Damich)

**JOINT STATUS REPORT**

Pursuant to the Court's January 8, 2007 Order, Plaintiff and Defendant, the United States, respectfully and jointly submit this status report "recommending how they propose to proceed" and recommend the continuation of the stay in this case. The parties have contemporaneously filed a joint motion to continue the stay. As previously detailed in prior status reports, several of the spent nuclear fuel ("SNF") damages cases in this Court are currently or will soon be before the U.S. Court of Appeals for the Federal Circuit (the "Federal Circuit"). The resolution of these cases on appeal could inform the Court's adjudication of the instant action. Additionally, several additional SNF damages cases are in the midst of post-trial briefing before various Judges of this Court. Hence, the parties agree that a continuation of the indefinite stay in this case is appropriate.

Currently the following four SNF trial decisions are on appeal to the Federal Circuit and these decisions may inform this Court in adjudicating the instant case: (1) *Yankee Atomic Elec.*

*Co. v. United States*, 73 Fed. Cl. 249 (2006), *appeal pending*, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.); (2) *Pacific Gas & Elec. Co. v. United States*, 73 Fed. Cl. 333 (2006), *appeal pending*, No. 2007-5046 (Fed. Cir.); (3) *Sacramento Mun. Util. Dist. v. United States*, 70 Fed. Cl. 332 (2006), *appeal pending*, No. 2007-5052 (Fed. Cir.); and (4) *Nebraska Pub. Power Dist. v. United States*, 73 Fed. Cl. 650, *certified for appeal*, 74 Fed. Cl. 762 (2006), *appeal pending*, No. 2007-5083 (Fed. Cir.). In each of these cases, the appellee (whether a utility or the United States) has yet to file its initial brief and, therefore, the briefing has not yet been completed in any of these cases.

Finally, four SNF cases involving counsel for Plaintiff and Defendant are in the process of conducting post-trial briefing or have been submitted after post-trial briefing: (1) *System Fuels, Inc. v. United States*, No. 03-2624C (Braden, J.); (2) *System Fuels, Inc. v. United States*, No. 03-2623C (Lettow, J.); (3) *Northern States Power Co. v. United States*, No. 98-484C (Wiese, S.J.); and (4) *Boston Edison Co. v. United States*, No. 99-447 (Lettow, J.), which case has been consolidated for a limited purpose with *Entergy Nuclear Generation Co. v. United States*, No. 03-2626C (Lettow, J.).

Thus, consistent with the parties' representations in their previous joint status reports in this action, multiple spent fuel cases continue to proceed on various fronts that could inform the Court's resolution of various issues in this case. The parties respectfully submit that the indefinite stay in this case should be continued.

Dated: June 29, 2007

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Power Authority of the State of New York

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585



400593283v1