# In the United States Court of Federal Claims

No. 00-703 C
(Filed: July 24, 2007)

************************************
*
**POWER AUTHORITY OF** *
**THE STATE OF NEW YORK,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
************************************

**ORDER**

On July 23, 2007, Mr. William D. Peterson, acting *pro se,* submitted to the clerk's office what is evidently a renewed Motion to Intervene and "Complaint" (purportedly as an Intervenor-Defendant). Just as with Mr. Peterson's previous attempt to intervene (*see* court's Order of May 10, 2007), because these submissions do not comply with the rules of this court, the clerk's office has forwarded them to chambers for action.

The court concludes that the submissions, although interesting, should be returned unfiled because they still do not comply with this court's rules, are untimely, and do not satisfy the requirements for intervention as of right or for permissive intervention under RCFC 24.

The Clerk of the Court is hereby directed to return, unfiled, to Mr. William D. Peterson the July 23, 2007, Motion to Intervene and accompanying materials and to return, unfiled, any future such submissions.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge