**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on January 7, 2008)

| | |
|---|---|
| **POWER AUTHORITY OF THE STATE OF NEW YORK,** Plaintiff, | |
| v. | No. 00-703C (Chief Judge Damich) |
| **THE UNITED STATES**, Defendant. | |

**JOINT MOTION TO CONTINUE STAY**

Plaintiff and Defendant, the United States, respectfully and jointly move for a continuation of the stay in this case. The Court's July 16, 2007 Order continued the stay in this case "indefinitely." A continuation of the stay in this case is appropriate for reasons set forth in the parties' joint status report filed contemporaneously with this motion. In short, multiple spent fuel cases are proceeding on various fronts (including before the U.S. Court of Appeals for the Federal Circuit) that could inform the Court's resolution of various issues in this case.

Thus, for the foregoing reasons, the parties respectfully request that this case continue to be stayed indefinitely. If the Court grants the instant motion, the parties intend to file a joint status report on or before July 7, 2008 specifying how this case should proceed.

Dated: January 7, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Power Authority of the State of New York

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr. by s/ Daniel S. Herzfeld
HAROLD D. LESTER, JR.
Assistant Director

s/ Scott Slater by s/ Daniel S. Herzfeld
Scott Slater
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0467
Fax: (202) 307-2503
Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585