**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on July 7, 2008)

| | |
|---|---|
| **POWER AUTHORITY OF THE STATE OF NEW YORK,** Plaintiff, v. **THE UNITED STATES,** Defendant. | No. 00-703C (Chief Judge Damich) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6 & 6.1, Plaintiff, Power Authority of the State of New York ("NYPA"), respectfully requests an enlargement of time of twenty-eight days from July 7, 2008 through August 4, 2008 within which to file with Defendant (the "Government") a joint status report on further proceedings in this case. Per the Court's January 8, 2008 Order, the parties' joint status report is currently due on July 7, 2008. This is the first enlargement sought by NYPA for the filing of the parties' joint status report. Counsel for NYPA has contacted counsel for the Government, Mr. Scott Slater, who has represented that the Government does not oppose this motion for enlargement.

An enlargement of time of twenty-eight days is necessary due to ongoing matters in other spent nuclear fuel ("SNF") damages cases before this Court. First, counsel for the Government has been preparing for and is currently in trial before the Court in Dairyland Power Co-op. v. United States, No. 04-106C, which trial commenced on July 7, 2008. Second, counsel for NYPA and the Government have been preparing for oral argument on July 9, 2008 before the U.S. Court of Appeals for the Federal Circuit (the "Federal Circuit") in Delmarva Power & Light

Co. v. United States, No. 2008-5010 (Fed. Cir.). In light of these pressing matters, an enlargement of time will facilitate the parties' efforts in reaching a mutually acceptable agreement on the extent to which the stay in this case should be continued or lifted (and the length of time for any such stay if it is continued).

Additionally, as the Court is aware, several other matters in the SNF cases are currently pending before the Federal Circuit. The Federal Circuit heard oral argument on December 3, 2007 in Nebraska Pub. Power Dist. v. United States, No. 2007-5083. Subsequently, on February 4, 2008, the Federal Circuit also heard oral argument in three other SNF appeals: (1) Yankee Atomic Elec. Co. v. United States, 73 Fed. Cl. 249 (2006), *appeal pending*, Nos. 2007-5025, 2007-5026, 2007-5027, 2007-5031, 2007-5032, 2007-5033 (Fed. Cir.); (2) Pacific Gas & Elec. Co. v. United States, 73 Fed. Cl. 333 (2006), *appeal pending*, No. 2007-5046 (Fed. Cir.); and (3) Sacramento Mun. Util. Dist. v. United States, 70 Fed. Cl. 332 (2006), *appeal pending*, No. 2007-5052 (Fed. Cir.). An enlargement of time in this case will also permit the parties to assess and coordinate their positions regarding the potential impact of any impending Federal Circuit rulings in the appeals listed above.

## CONCLUSION

For the foregoing reasons and for good cause shown, NYPA respectfully requests an enlargement of time of twenty-eight days from July 7, 2008 through August 4, 2008 within which to file with the Government a joint status report concerning further proceedings in this case.

Dated: July 7, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Jack Y. Chu
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Power Authority of the State of New York

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)