**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on August 25, 2008)

| | | |
|---|---|---|
| **POWER AUTHORITY OF THE STATE OF NEW YORK,** Plaintiff, | ) | |
| v. | ) | No. 00-703C (Chief Judge Damich) |
| **THE UNITED STATES**, Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) & 6.1, Plaintiff Power Authority of the State of New York, respectfully requests an enlargement of time of two days from August 25, 2008 through August 27, 2008 to submit a joint status report. Counsel for Plaintiff has spoken with counsel for Defendant, the United States (the "Government"), Mr. Scott Slater, who has indicated that the Government does not oppose this motion for an enlargement of time. This is Plaintiff's second request for an enlargement of time to submit a status report.

Plaintiff requests this enlargement of time based on the press of other business and based on the need to review the Government's proposed portion of the status report. Plaintiff's counsel were unable to fully address the status report based on the press of other business. For example, counsel unexpectedly was drawn into alternative dispute resolution in the protest of *Focus Technology Consulting*, No. 08-ODRA-00458 (Fed. Aviation Admin.) for much of today. Counsel also has been in the process of preparing a claim for costs before the Government Accountability Office in *New Jersey & H St., LLC*, No. B-311314.3, June 30, 2008, 2008 CPD ¶

___. Due to the press of this and other business, Plaintiff's counsel were unable to fully turn to completing the status report.

In this regard, the Government provided Plaintiff with its portion of the status report this afternoon (during which counsel was involved with the ADR proceedings in *Focus*). The Government's portion of the status report invokes its August 21, 2008 motion to coordinate discovery and create a litigation plan. Given the press of other business, counsel for the Plaintiff were not able to fully consider this issue in the context of the status report. Plaintiff is still in the process of determining how to respond to the August 21, 2008 motion and, therefore, needs additional time to determine what its position in response to the motion will be.

For the foregoing reasons, Plaintiff respectfully request an enlargement of time of two days from August 25, 2008 through August 27, 2008 to submit a joint status report.

Dated: August 25, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Power Authority of the State of New York

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)