**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on August 27, 2008)

**POWER AUTHORITY OF THE STATE OF NEW YORK,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.

No. 00-703C
(Chief Judge Damich)

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) & 6.1, Plaintiff Power Authority of the State of New York, respectfully requests an enlargement of time of seven days from August 27, 2008 through September 3, 2008 to submit a joint status report. Counsel for Plaintiff has spoken with counsel for Defendant, the United States (the "Government"), Mr. Scott Slater, who has indicated that the Government does not oppose this motion for an enlargement of time. This is Plaintiff's third request for an enlargement of time to submit a status report.

Plaintiff requests this enlargement of time based on the press of other business and based on the need to respond to the Government's proposed portion of the status report. Plaintiff's counsel were unable to fully address the status report based on the press of other business. For example, counsel unexpectedly was drawn into alternative dispute resolution ("ADR") in the protest of *Focus Technology Consulting*, No. 08-ODRA-00458 (Fed. Aviation Admin.) for much of Monday, August 25, 2008 and that ADR also consumed much of Tuesday, August 26, 2008. Counsel also have been in the process of preparing a claim for costs related to a bid protest before the Government Accountability Office in *New Jersey & H St., LLC*, No. B-311314.3, June

30, 2008, 2008 CPD ¶ ___, which claim is due on August 29, 2008. Additionally, in the past several days, lead counsel in this case has been traveling to client sites in Texas and Detroit in other matters. Additionally, several of Plaintiff's listed "of counsel" in this case have also been traveling this week, as well. Due to the press of this and other business, Plaintiff's counsel were unable to fully turn to completing the status report.

In this regard, the Government provided Plaintiff with its portion of the status report on Monday, August 25, 2008. The Government's portion of the status report invokes its August 21, 2008 motion to coordinate discovery and create a litigation plan. Given the press of other business, Plaintiff was unable to fully consider its position in response to the Government's portion of the status report. Given that the Government's counsel will also need sufficient time to review the status report, Plaintiff concluded that an additional enlargement request provided the most prudent course.

For the foregoing reasons, Plaintiff respectfully requests an enlargement of time of seven days from August 27, 2008 through September 3, 2008 to submit a joint status report.

Dated: August 27, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld
Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Power Authority of the State of New York

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)