**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on September 3, 2008)

| | | |
|---|---|---|
| **POWER AUTHORITY OF THE STATE OF NEW YORK,** Plaintiff, | ) | |
| v. | ) | No. 00-703C (Chief Judge Damich) |
| **THE UNITED STATES,** Defendant. | ) | |

**PLAINTIFF'S MOTION TO LIFT STAY**

Plaintiff, through the undersigned counsel, respectfully moves for the Court to lift the stay in this case. The grounds for Plaintiff's motion are primarily set forth in the parties' joint status report, which report has been filed contemporaneously with this motion.

As the Court is aware, the parties filed a joint motion on January 7, 2008 to continue the stay indefinitely in this case. That motion was granted on January 8, 2008, and the parties were also directed to file a joint status report on or before July 7, 2008 specifying how this case should proceed. The parties subsequently requested and received from the Court several enlargements of time to file their joint status report, which is due today.

For reasons explained in the joint status report, Plaintiff respectfully submits that a continuation of the stay is no longer appropriate and that this case should proceed towards a damages trial. In the joint status report, Plaintiff has also proposed dates for the parties to exchange RCFC 26 disclosures and for Plaintiff to serve its damages claim and expert reports on Defendant.

Thus, Plaintiff respectfully requests that the instant motion be granted, and that the Court lift the stay in this case.

Dated: September 3, 2008

Respectfully submitted,

s/ Alex D. Tomaszczuk by s/ Daniel S. Herzfeld

Alex D. Tomaszczuk
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102-4859
(703) 770-7940
(703) 770-7901 (fax)

Counsel of Record for Plaintiff
Power Authority of the State of New York

OF COUNSEL:
Jay E. Silberg
Daniel S. Herzfeld
Jack Y. Chu
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2300 N Street, N.W.
Washington, D.C. 20037
(202) 663-8000
(202) 663-8007 (fax)